UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2008 FEB -1  A 11: 18

BEULAH OROSZ

   Plaintiff,

V.

ALLIANCE ONE                              CIVIL ACTION NO.  3 08 CV 174 WWE

   Defendant                              JANUARY 9, 2008

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. 3 1692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. 3 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. 3 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. 3 42-1 10a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. On or about November 25, 2007 Defendant violated 15 USC §§ 1692d by harassing and threatening Plaintiff over the phone.   Defendant made statements such as "a marshal will come to your door tomorrow if you do not pay us, $3,900.00." and "We will put a lien on your house."

7. On or about November 25, 2007 Defendant violated 15 U.S.C. §§1692d by threatening to sue Plaintiff if Plaintiff does not pay the debt immediately.

8. Defendant violated 15 U.S.C. §§ 1692e by threatening to send a sheriff to Plaintiff's house to collect debt.

9. On or about November 27, 2007 Defendant violated 15 U.S.C. §§ 1692   by advising Plaintiff to skip a mortgage payment so as to pay off Plaintiff's debt.

10. On or about November 29, 2007 Defendant violated 15 U.S.C. §§ 1692   by legally counseling Plaintiff to defer Plaintiff's mortgage payments.

11. In the collection efforts, Defendant violated the FDCPA, *inter alia, section* 1692d, -e and –g.

**Second Count.**

12. The allegations of the First Count are repeated and realleged as if fully set forth herein.

13. Within three years prior to the date of this action Defendant has engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, 336a-645 *et seq.*, or the Consumer Collection Agency Act, section 36a-800 *et seq.* Conn. Gen. Stat.

14. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a *et seq.*

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication against the

Defendant;

2. Award The Plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY *[signature]*

Max L. Rosenberg
Thornberry & Rosenberg, LLC
3333 Main Street
Stratford, CT 06614
Tel (203)380-8189
Fax (203)380-8191
Fed. Juris No. ct 26742