UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BUELAH OROSZ,

    Plaintiff.

V.                                       CIVIL ACTION NO.
                                        3:08CV00174(WWE)

ALLIANCE ONE, INC.

    Defendant.                           JULY 1, 2008

### STIPULATION FOR DISMISSAL

The plaintiff through his attorney Thomas C. Thornberry and the defendant, ALLIANCE ONE INC. through their attorney Kevin Underwood stipulate that the claims in the above entitled action shall be dismissed with prejudice and without costs, subject to the approval of the Court.

                                        THE PLAINTIFF

                                        BY /s/ Thomas C. Thornberry
                                        Thomas C. Thornberry
                                        Thornberry & Rosenberg. LLC
                                        3333 Main Street
                                        Stratford, CT 06614
                                        Tel (203)380-8189
                                        Fax (203)380-8191
                                        Fed. Juris No. ct 05911

DATE July 1, 2008

                                        THE DEFENDANT

                                        ALLIANCE ONE INC.

                                        BY  /s/ Kevin Underwood
                                        Kevin Underwood, Esq.
                                        Counsel for ALLIANCE ONE INC.
                                        P.O. Box 2449
                                        Gig Harbor, WA 98335-4449
                                        Telephone No (253) 620- 2202

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BUELAH OROSZ,

      Plaintiff.

V.                                                CIVIL ACTION NO.
                                                3:08CV00174(WWE)

ALLIANCE ONE, INC.

      Defendant.                                JULY 1, 2008

## CERTIFICATION

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

                                                                THE PLAINTIFF

                                                                BY_ /s/ Thomas C. Thornberry
                                                                 Thomas C. Thornberry
                                                                Thornberry & Rosenberg. LLC
                                                               3333 Main Street
                                                                Stratford, CT 06614
                                                                Tel (203)380-8189
                                                                Fax (203)380-8191
                                                               Fed. Juris No. ct 05911